ARNOLD R. HANSON et al., Individually, and as Copartners under the Firm Name of HANSON & HANSON, Appellants, *v.* NATIONAL SURETY COMPANY, Respondent.

(Submitted October 5, 1931; decided October 13, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 257 N. Y. 216.)